<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1418**

---

KARON ANN PARHAM,

Plaintiff - Appellant,

versus

THE STATE OF NORTH CAROLINA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-98-5MC)

---

Submitted: August 25, 1998          Decided: November 23, 1998

---

Before MURNAGHAN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Karon Ann Parham, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karon Parham appeals the district court's orders dismissing her civil action as frivolous and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted, and denying her motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. We modify the dismissal order to reflect the dismissal of Parham's action as frivolous only, see Plyler v. Moore, 129 F.3d 728, 731 (4th Cir. 1997), cert. denied, 66 U.S.L.W. 3797 (U.S. June 22, 1998) (No. 97-1511) (holding that lower federal courts generally do not have jurisdiction to review state court decisions), and not a dismissal pursuant to Fed. R. Civ. P. 12(b)(6). We grant Parham's motion for leave to proceed in forma pauperis. We deny Parham's motions to produce evidence and command attendance at hearing. We deny Parham's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2